UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION
* * * * *

| | |
|---|---|
| FAITH BENNETT, an individual; ESTATE OF ETHEL DOUGLAS, by heir and representative, DENISE GROOMS; JOHN MOORE, an individual; ESTATE OF ELLEN E. KAUFFMAN AND TERRY M. KAUFFMAN, by heir and representative, KOURTNEY STUCKEY; DARNELL WATSON, an individual; and KENYATTA WRIGHT, an individual, | Case No. 1:24-cv-00234<br><br>HON. PAUL L. MALONEY |
| Plaintiffs, | |
| -vs- | |
| BERRIEN COUNTY, a Governmental Unit; SHELLY WEICH, in her individual and official capacity; and BRET WITKOWSKI, in his individual and official capacity, | |
| Defendants. | |

_____

**ORDER DISMISSING TREASURERS**
_____

Upon stipulation of the parties and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that Defendants SHELLY WEICH and BRET WITKOWSKI are dismissed with prejudice and without costs to either party.

IT IS SO ORDERED.

Dated:  September 5 , 2024                         /s/ Paul L. Maloney
                                                                       Hon. Paul L. Maloney
                                                                       U.S. District Court Judge