UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

* * * * *

FAITH BENNETT, et al.

Plaintiffs,

-vs-

BERRIEN COUNTY, et al.

Defendants.

Case No. 1:24-cv-00234

HON. PAUL L. MALONEY

---

**ORDER OF DISMISSAL OF CLAIMS BY ESTATE OF ETHEL DOUGLAS BY HEIR AND REPRESENTATIVE DENISE GROOMS, JOHN MOORE, DARNELL WATSON, AND KENYATTA WRIGHT**

---

Upon stipulation of the parties and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that Plaintiffs ESTATE OF ETHEL DOUGLAS BY HEIR AND REPRESENTATIVE DENISE GROOMS, JOHN MOORE, DARNELL WATSON, and KENYATTA WRIGHT ("Plaintiffs") claims against

BERRIEN COUNTY are dismissed with prejudice and without costs or fees to either party.

Dated: June 3, 2026

/s/ Paul L. Maloney
Hon. Paul L. Maloney
U.S. District Court Judge